# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M&F FISHING, INC., and M/V KOORALE, <br><br>  Plaintiffs, <br><br> vs. <br><br> CERTAIN UNDERWRITERS AT LLOYDS; GE FRANKONA REINSURANCE CO. LTD., and DOES 1-30, <br><br>  Defendants. | CASE NO. 06 CV 0934 DMS (BLM) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM NONPARTY WITNESS SEAPAC MARINE INSURANCE MANAGERS, INC.** <br><br> **[Doc. No. 144]** |

In accordance with this Court's Order of August 31, 2007, Defendants filed a Memorandum of Points and Authorities Regarding Production of Document from Nonparty witness SeaPac Marine Insurance Managers, Inc. Neither Plaintiffs nor SeaPac Marine Insurance Managers, Inc. ("SeaPac") objected to Defendants' request, despite having the opportunity to do so. See Doc. No. 142. Having reviewed Defendants' motion and considered the lack of opposition, and finding good cause thereon, Defendants' motion is **GRANTED** and the following categories of documents are to be produced by SeaPac to Defendants by personal delivery to the offices of counsel for Defendants (with Defendants to bear the cost of such delivery) by the close of business on Thursday, September 13, 2007:

1.     Documents and correspondence related to the settlement reached between SeaPac and Plaintiffs in the state court matter entitled *M&F Fishing, Inc. and M/V Koorale v. SeaPac Marine Insurance Services*, San Diego County Superior Court Case No: GIC826767.

2.     Documents and correspondence related to the Declaration of Sharon Edmondson, SeaPac employee, filed in support of Plaintiffs' Motion for Reconsideration of the denial of the bond motion; and,

3.     Post 2003 documents related to the claim at issue in the litigation and correspondence with and among Plaintiffs, SeaPac, and Plaintiffs' London Brokers (i.e., Cooper Gay) regarding the claim, the policy at issue, and the coverages provided.

**IT IS SO ORDERED.**

Dated:  September 12, 2007

_____
Barbara L. Major
United States Magistrate Judge