UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| M&F FISHING, INC., and M/V KOORALE, | ) | CASE NO. 06 CV 0934 DMS (BLM) |
| | ) | |
| Plaintiffs, | ) | **ORDER GRANTING DEFENDANTS'** |
| | ) | ***EX PARTE* APPLICATION [DOC. NO.** |
| vs. | ) | **147] AND SCHEDULING** |
| | ) | **DEPOSITION DATES IN** |
| CERTAIN UNDERWRITERS AT LLOYDS; | ) | **ACCORDANCE WITH COURT'S** |
| GE FRANKONA REINSURANCE CO. LTD., | ) | **ORDER OF AUGUST 31, 2007** |
| and DOES 1-30, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having reviewed Defendants' *Ex Parte* Application for an Ordering Compelling the Scheduling of Deposition Dates in Accordance with this Court's Order of August 31, 2007 and finding good cause thereon, Defendants' application is **GRANTED** and the following depositions are ordered to be taken by Defendants with Plaintiffs' counsel in attendance:

1.    September 14, 2007--Deposition of SeaPac witness Tina Fish commencing at 11:00 a.m. until completed within the time provided by the Federal Rules of Civil Procedure;

2.    September 15, 2007--Deposition of SeaPac witness Jeff Martin.  Mr. Martin's deposition could be taken on the 14th if Ms. Fish's deposition is finished in a timely fashion;

3.      September 21, 2007--Deposition of Anthony Ferriera at 9:00 a.m.;

4.      September 23, 2007---Deposition of Melissa Jones at 9:00 a.m.; and,

5.      September   28,   2007--Deposition   of   SeaPac   witness   Sharon Edmondson at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  September 12, 2007

_____
Barbara L. Major
United States Magistrate Judge

COPY TO:

HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE

ALL COUNSEL

2